UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 25-14261-CIV-MARTINEZ

THE TOX FRANCHISING GROUP, LLC,
and THE TOX IP, LLC,

    Plaintiffs,

v.

DARBY HOGGATT, JESSICA HOGGATT,
and GENX HOLDINGS L.L.C.,

    Defendants.
_____/

## ORDER ON REPORT AND RECOMMENDATION

**THIS MATTER** came before the Court upon the Honorable Shaniek M. Maynard, United States Magistrate Judge's, Report and Recommendation to extend the standing Temporary Restraining Order ("TRO"), (ECF No. 9), against Defendants. *See* (ECF No. 32). Judge Maynard filed a Report and Recommendation ("R&R"), recommending that the TRO be extended pending a ruling on the Motion for Preliminary Injunction, (ECF No. 3). (*See id.*) Judge Maynard also entered an Order Setting Evidentiary Hearing for September 4, 2025, to address both the Preliminary Injunction and what this Court construed as Plaintiffs' Motion for Order to Show Cause. *See* (ECF No. 29). Judge Maynard gave Defendant Jessica Hoggatt until September 2, 2025 to file a response to Plaintiffs' Motion for Order to Show Cause. (ECF No. 31). On August 26, 2025, Defendants filed a Response to Judge Maynard's Order to Show Cause, (ECF No. 33), as well as objections to the R&R and the Order Setting Evidentiary Hearing. (ECF No. 34).

The Court, having conducted a *de novo* review of the record and the issues presented in Defendant's Objections, agrees with Magistrate Judge Maynard. Defendants' suggestion that

Judge Maynard acted "*ex parte*", *see* (ECF No. 33 at 2), is misplaced, as Judge Maynard made no dispositive findings or findings of contempt. (ECF No. 31). As is Defendants' assertion that they "were not provided a fair opportunity to respond to the contempt allegations or the purported 'Motion for Order to Show Cause.'" (ECF No. 34 at 4). Judge Maynard's Order Setting Evidentiary Hearing gives Defendant Jessica Hoggatt two opportunities to address the contempt allegations: until September 2, 2025, to file a written response, and to be heard in person on September 4, 2025. (ECF No. 31). Further, Defendants ask the Court to "reconsider this dramatic procedural change and proceed to determine the pending motions on the papers", and state that "[o]bviously, [the parties' scheduled] mediation will be canceled". (ECF No. 34 at 5). While Defendants are under no obligation to avail themselves of every opportunity afforded to them, this Court cautions against disregarding such opportunities, including participating in already scheduled mediation. The Court agrees with Judge Maynard and overrules Defendant's Objections, (ECF No. 34).

Accordingly, after careful consideration, it is hereby **ADJUDGED** that United States Magistrate Judge Maynard's Report and Recommendation, (ECF No. 32), is **AFFIRMED AND ADOPTED**. The TRO against Defendants is extended for an additional fourteen (14) days from the current date of expiration, **until September 12, 2025, at 5:00 p.m. EST**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27 day of August, 2025.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
All Counsel of Record