# EXHIBIT B

Franchise FastLane, Inc.
14301 FNB Parkway #312
Omaha, NE 68154
Phone: 531.333.3278
Email: fastleads@franchisefastlane.com

## **Relationship Disclosure Form for Franchisees**

**THIS IS NOT A CONTRACT**.  As you know, Franchise FastLane, Inc. (together with its employees, "FastLane") is a franchise seller that provides franchise sales, marketing and development services to franchisors, including The Tox Franchising Group, LLC ("Franchisor").  The purpose of this disclosure is to advise potential franchisees of the nature of the relationship between FastLane and Franchisor.  This disclosure will help you make informed choices about your relationship with FastLane.  If you need legal, tax or other advice, you should consult with a professional in that field.

**Independent Sales Representative.**  Franchisor has engaged FastLane as an independent sales representative to sell, market and promote Franchisor's franchises to prospective franchisees pursuant to a sales representative agreement between Franchisor and FastLane.  FastLane is not an affiliate or an employee of Franchisor and will not participate in the operation of the Franchise system following the execution of the franchise agreement.  FastLane also provides franchise sales, marketing and development services to other franchisors that are not Franchisor.

In all its dealings with you, FastLane represents Franchisor and does not represent your interests or the interests of any other franchisee or potential franchisee.

**Compensation.**  Franchisor pays commissions and fees to FastLane for its services.  In particular, FastLane earns a commission when a prospective franchisee has executed a franchise agreement or multi-unit development agreement and paid the initial franchise fee or area development fee.

**No Independent Verification.**  FastLane relies upon the accuracy and completeness of all information and representations provided by Franchisor concerning Franchisor, the franchise system, and individual franchises, including any information and representations provided by Franchisor in the Franchise Disclosure Document ("FDD").  FastLane does not independently verify any of the information or representations contained in the FDD and is not authorized by Franchisor make any statement or representation or provide any information that contradicts statements, representations, or information in the FDD.

This form was provided to me by a representative of Franchise FastLane LLC.

I, __Jessica Hoggatt_____, acknowledge receipt of a copy of this disclosure form.

_Jessica Hoggatt_____
**FRANCHISE APPLICANT**

6/20/2024 | 7:26 PDT
_____
**DATE**

I, __Darby Hoggatt_____, acknowledge receipt of a copy of this disclosure form.

_Darby Hoggatt_____
**FRANCHISE APPLICANT**

6/20/2024 | 9:32 PDT
_____
**DATE**

1

US\MARTIRE\32387080.2-3/15/23